To the Honorable Judges,

My original 2020 court date for a moving violation was canceled due to the pandemic. I resided with my partner in a different location, and my mail was sent to my mothers address, who often travels abroad, potentially misplacing mail.

I was unaware of the rescheduled court date until I discovered my license was suspended during a vehicle tag renewal. In September, I spoke with the clerk, who set a new date for Oct 17, 2023. I made efforts to confirm this date with various district courts but only found information about a ticket and paid the fine. No one could could locate the pending court date. I called the MVA headquarters and that's when I learned it's a federal violation, not a state one, explaining the confusion.

I kindly request another court date as I now understand the situation fully and correctly, and will attend the appropriate courthouse at the time given.

Thank you for your consideration.

Sincerely, Randolph Cont

✓ FILED    ___ ENTERED
___ LOGGED    ___ RECEIVED
9:27 am, Oct 25 2023
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____cm_____ Deputy

Request to schedule new IA granted.
[signature] 10/25/2023

OCT 20 2023
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

Violation Number - 7477152MD39